Deborah M. Nelson, Esq. (State Bar No. 23087)
nelson@nelsonboydlaw.com
Jeffrey D. Boyd, Esq. (State Bar No. 41620)
boyd@nelsonboydlaw.com
NELSON BOYD, PPLC
411 University Street, Suite 1200
Seattle, WA  98101
Telephone: (206) 971-7601

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| KYLE PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-05622 BHS<br><br><br>Filed Electronically |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Kyle Parrish, by and through his undersigned counsel, and hereby advises this Honorable Court of the settlement of this action.  The Parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

DATED this 21ST Day of December, 2015.

By: s/Jeffrey D. Boyd
**JEFFREY D. BOYD, WSBA #41620**
boyd@nelsonboydlaw.com

NOTICE OF SETTLEMENT - 1

NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, Washington  98101
206.971.7601

By: *s/Deborah M. Nelson*
**DEBORAH M. NELSON, WSBA #23087**
nelson@nelsonboydlaw.com

**NELSON BOYD, PLLC**
411 University Street, Ste 1200
Seattle, WA 98010
(206) 971-7601
*Attorneys for Plaintiffs*

**OF COUNSEL:**

**BENJAMIN J. SWEET. ESQ.**
bsweet@carlsonlynch.com
**STEPHANIE K. GOLDIN, ESQ.**
sgoldin@carlsonlynch.com
**CARLSON LYNCH SWEET & KILPELA**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 253-6314

**SCOTT A. KAMBER, ESQ.** (Not Admitted)
**DAVID A. STAMPLEY, ESQ.** (Not Admitted)
**KAMBERLAW, LLC**
100 Wall Street, 23rd floor
New York, NY 10005
Phone: (212) 920-3072
Fax: (212) 202-6364